# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| MITCHELL J LAMONICA | ) | CASE NO: 05-70612 |
| | ) | |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

### NOTICE OF MOTION TO PAY FINAL STATE INCOME TAXES

THE TRUSTEE, BERNARD J NATALE, has filed papers with the Court for the:

**MOTION TO PAY FINAL STATE INCOME TAXES**

  Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you desire a copy of the Motion , please contact the undersigned and one will be sent to you.

  If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL; OR
2. Attend the hearing scheduled to be **July 29, 2009 @ 9:30 AM** In the United States Bankruptcy Court, 211 S. Court Street, Rockford, Illinois.

  If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

  You must also mail a copy to:  BERNARD J NATALE, LTD
                BERNARD J. NATALE
                6833 Stalter Drive, Ste 201
                Rockford, Illinois 61108
                815-964-4700

  If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date:  July 7, 2009

                **/S/   BERNARD J NATALE**
                BERNARD J. NATALE
                6833 Stalter Drive, Ste 201
                Rockford, Illinois 61108

## PROOF OF SERVICE

STATE OF ILLINOIS              )
                               )  SS
COUNTY OF WINNEBAGO            )

      The undersigned, being first duly sworn on oath deposes and states that she served the attached **MOTION TO PAY FINAL STATE INCOME TAXES** by placing a true and correct copy of said notice in each envelope, addressed as attached:

**SEE MATRIX (EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT).**

    That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 8th day of July, 2009.

                                                 /s/ Debbie Harris

Subscribed and sworn to before me this
8th day of July, 2009.

/s/   Hillary A Cooper_____
Notary Public

My commission expires September 22, 2010

| | | |
|---|---|---|
| U S TRUSTEE'S OFFICE<br>780 REGENT ST, STE 304<br>MADISON WI 53715 | MITCHELL P LAMONICA<br>% JASON ROCK<br>6833 STALTER DRIVE<br>ROCKFORD IL 61108 | NATIONAL CITY BANK<br>4615 E STATE STREET<br>ROCKFORD IL 61108 |
| ECAST SETTLEMENT CORP<br>OF HOUSEHOLD FIN CORP/BENEFINCIAL<br>P O BOX 35480<br>NEWARK NJ 07193-5480 | RESCOMM HOLDINGS NO 2, LLC<br>% ATTORNEY KIM CASEY<br>800 N CHURCH STREET<br>ROCKFORD IL 61103 | IRS<br>KANSAS CITY MO 64999 |
| ATTORNEY DAN DONAHUE, TRUSTEE<br>TELECOM TECHNOLOGIES, INC.<br>6735 VISTAGREEN WAY<br>ROCKFORD IL 61108 | BENEFICIAL ILLINOIS, INC<br>% ATTORNEY JEROME E RELEY<br>P O BOX 3228<br>NAPERVILLE IL 60566-7228 | TOSHIBA AMERICA INFO SYSTEMS, INC<br>% GEORGE HAMPILOS<br>308 W STATE ST, 2ND FLOOR<br>ROCKFORD IL 61101 |
| U S BANK<br>1107 E STATE STREET<br>ROCKFORD IL 61104 | ATTORNEY CRAIG WILLETTE<br>1318 E STATE STREET<br>ROCKFORD IL 61104 | |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| MITCHELL J LAMONICA | ) | CASE NO: 05-70612 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

### MOTION TO PAYMENT FINAL STATE INCOME TAXES

**NOW COMES THE TRUSTEE, BERNARD J NATALE,** and in support of his Motoin to Pay Final State Income Taxes, states as follows:

1. The Trustee's accountant prepared and completed the Final Illinois State Tax return which indicated $898 of taxes due for the tax period December 1, 2007 through November 11, 2008.

**WHEREFORE,** the Trustee prays that the Court enters an order approving the payment of the Final Illinois State Income Taxes to the Illinois Department of Revenue in the sum of $898 for the 2008 taxes .

Dated: July 7, 2009

/S/    BERNARD J NATALE
BERNARD J NATALE, TRUSTEE
FOR THE ESTATE OF MITCHELL J LAMONICA

PREPARED BY:
ATTORNEY BERNARD J. NATALE
BERNARD J. NATALE, LTD.
6833 STALTER DRIVE, STE 201
ROCKFORD, ILLINOIS 61108
PHONE: (815) 964-4700
FAX: (815) 316-4646