# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LAMONICA, MITCHELL J                §   Case No. 05-70612
                                           §
                                           §
Debtor(s)                                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on February 17, 2005.  The undersigned trustee was appointed on February 17, 2005.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of          $      300,963.35

Funds were disbursed in the following amounts:

| | |
|---|---|
| Administrative expenses | 55,086.39 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]     $ | 245,876.96 |

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6.  The deadline for filing claims in this case was 12/13/2005.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $18,298.17.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $18,298.17, for a total compensation of $18,298.17.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of   $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/28/2009          By:/s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 05-70612 | **Trustee:** (330370) BERNARD J. NATALE |
| **Case Name:** LAMONICA, MITCHELL J | **Filed (f) or Converted (c):** 02/17/05 (f) |
| | **§341(a) Meeting Date:** 04/04/05 |
| **Period Ending:** 10/28/09 | **Claims Bar Date:** 12/13/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) <br><br> **Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | SEE ASSET 15 | 0.00 | 0.00 | | 0.00 | 0.00 |
| 2 | 1900 VALLEY VIEW DRIVE BELVIDERE TENNANCY BY THE ENTIRETY. | 255,000.00 | 71,500.00 | DA | 0.00 | FA |
| 3 | 834 N CHURCH ST - COMMERCIAL PROPERTY | 105,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | CASH ON HAND | 5.00 | 5.00 | DA | 0.00 | FA |
| 5 | FIRST FEDERAL CHECKING ACCT | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1/2 INTEREST IN STILLMAN BANK JT ACCT W/SPOUSE | 100.00 | 100.00 | DA | 0.00 | FA |
| 7 | 1/2 INTEREST IN HOUSEHOLD FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2 ORIGINAL PAINTINGS | 300.00 | 300.00 | DA | 0.00 | FA |
| 9 | ANHEISER BUSCH MUG COLLECTION | 2,500.00 | 2,500.00 | | 1,000.00 | FA |
| 10 | COIN COLLECTION | 400.00 | 400.00 | | 100.00 | FA |
| 11 | STANDARD WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | GOLF CLUBS | 100.00 | 100.00 | DA | 0.00 | FA |
| 13 | MERRILL LYNCH CMA ACCOUNT | 1,188.00 | 1,188.00 | | 894.00 | FA |
| 14 | 100% OWNERSHIP INTEREST IN TELECOM TECHNOLOGIES | 1.00 | 1.00 | DA | 0.00 | FA |
| 15 | 5% OWNSHIP INTEREST IN LAMONICA BEVERAGES/BSHARE | 1.00 | 1.00 | | 183,682.00 | FA |
| 16 | 245 LTDPRTNSHIP UNITS IN LAMONICA FAMILY LTD PRT | 1.00 | 1.00 | | 100,000.00 | FA |
| 17 | 1991 BUICK REGAL | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1991 FORD F350 | 800.00 | 0.00 | DA | 0.00 | FA |
| 19 | DOOLITTLE 10' TRAILER | 500.00 | 150.00 | DA | 0.00 | FA |
| 20 | HAND TOOLS, DRILLS, HEADSETS | 1,000.00 | 250.00 | DA | 0.00 | FA |
| 21 | 2 PERSONAL COMPUTERS | 500.00 | 500.00 | DA | 0.00 | FA |
| 22 | 2007 STATE REFUND-ENTERED IN ERROR  (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | Unscheduled Tax Refund  (u) | 0.00 | 14,520.00 | | 14,520.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 767.35 | Unknown |

Exhibit A

Page: 2

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Case Number: 05-70612

Case Name:  LAMONICA, MITCHELL J

Period Ending: 10/28/09

Trustee:        (330370)    BERNARD J. NATALE

Filed (f) or Converted (c): 02/17/05 (f)

§341(a) Meeting Date:    04/04/05

Claims Bar Date:    12/13/05

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 24 | Assets    Totals (Excluding unknown values) | $370,596.00 | $91,516.00 | | $300,963.35 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):    December 31, 2007

Current Projected Date Of Final Report (TFR):    December 31, 2009

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-70612 |
| Case Name: | LAMONICA, MITCHELL J |
| | |
| Taxpayer ID #: | 13-7498009 |
| Period Ending: | 10/28/09 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****25-65 - Money Market Account |
| Blanket Bond: | $552,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 2,009.00 | | 2,009.00 |
| 03/01/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 5,000.00 | | 7,009.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 4.63 | | 7,013.63 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 5.94 | | 7,019.57 |
| 05/03/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 924.00 | | 7,943.57 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 6.85 | | 7,950.42 |
| 06/06/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2006 FOR CASE #05-70612, BOND #016018067 | 2300-000 | | 6.41 | 7,944.01 |
| 06/13/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 5,000.00 | | 12,944.01 |
| 06/20/06 | {15} | LAMONICA BEVERAGES, INC. | PROFIT SHARING | 1123-000 | 2,889.00 | | 15,833.01 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 9.72 | | 15,842.73 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 13.86 | | 15,856.59 |
| 08/15/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 3,750.00 | | 19,606.59 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 15.46 | | 19,622.05 |
| 09/26/06 | {15} | LAMONICA BEVERAGES INC | SHAREHOLDER'S DIVIDENDS | 1123-000 | 5,231.00 | | 24,853.05 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 16.35 | | 24,869.40 |
| 10/30/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 3,500.00 | | 28,369.40 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 22.45 | | 28,391.85 |
| 11/14/06 | | CABLING SOLUTIONS | ESTATE'S INTEREST IN NON-EXEMPT PROPERTY | | 1,994.00 | | 30,385.85 |
| | {10} | | | 1129-000 | 100.00 | | 30,385.85 |
| | {13} | | | 1129-000 | 894.00 | | 30,385.85 |
| | {9} | | | 1129-000 | 1,000.00 | | 30,385.85 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 24.54 | | 30,410.39 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 24.87 | | 30,435.26 |
| 01/08/07 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 5,000.00 | | 35,435.26 |
| 01/22/07 | {15} | LAMONICA BEVERAGES, INC. | | 1123-000 | 2,191.00 | | 37,626.26 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 30.94 | | 37,657.20 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 27.43 | | 37,684.63 |
| 03/15/07 | | To Account #*******2566 | TRANSFER FOR ESTIMATED TAX PAYMENT | 9999-000 | | 3,000.00 | 34,684.63 |
| 03/15/07 | 1002 | UNITED STATES TREASURY | FEIN 13-7498009      "2005 FORM 1041" | 2810-000 | | 9,296.00 | 25,388.63 |
| 03/15/07 | 1003 | ILLINOIS DEPARTMENT OF REVENUE | FEIN   13-7498009 | 2820-000 | | 1,696.00 | 23,692.63 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 25.85 | | 23,718.48 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 19.13 | | 23,737.61 |
| | | | Subtotals : | | $37,736.02 | $13,998.41 | |

{} Asset reference(s)

Printed: 10/28/2009 11:10 AM    V.11.50

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-70612 | |
| Case Name: | LAMONICA, MITCHELL J | |
| | | |
| Taxpayer ID #: | 13-7498009 | |
| Period Ending: | 10/28/09 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****25-65 - Money Market Account |
| Blanket Bond: | $552,000.00 (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 19.14 | | 23,756.75 |
| 06/21/07 | {15} | LaMONICA BEVERAGES | SHAREHOLDER DISTRIBUTION | 1123-000 | 3,808.00 | | 27,564.75 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 18.71 | | 27,583.46 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 22.96 | | 27,606.42 |
| 08/09/07 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 2,500.00 | | 30,106.42 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 23.50 | | 30,129.92 |
| 09/13/07 | | To Account #*******2566 | Transfer for Pymt of Estimated Taxes | 9999-000 | | 2,000.00 | 28,129.92 |
| 09/20/07 | {15} | LaMONICA BEVERAGES, INC. | SHAREHOLDER DIVIDEND | 1123-000 | 6,021.00 | | 34,150.92 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 22.37 | | 34,173.29 |
| 10/04/07 | {15} | LAMONICA BEVERAGES | DIVIDEND | 1123-000 | 3,750.00 | | 37,923.29 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 31.97 | | 37,955.26 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 104.47 | | 38,059.73 |
| 12/27/07 | {15} | LAMONICA BEVERAGES, INC. | DIVIDEND DISTRIBUTION | 1123-000 | 6,000.00 | | 44,059.73 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 27.03 | | 44,086.76 |
| 01/14/08 | | To Account #*******2566 | TO PAY 4TH QTR ESTIMATED TAXES | 9999-000 | | 2,100.00 | 41,986.76 |
| 01/23/08 | {15} | LaMONICA BEVERAGES, INC. | DIVIDENDS | 1123-000 | 3,369.00 | | 45,355.76 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 27.35 | | 45,383.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4200% | 1270-000 | 15.13 | | 45,398.24 |
| 03/17/08 | | To Account #*******2566 | TRANSFER TO PAY INCOME TAXES | 9999-000 | | 11,000.00 | 34,398.24 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 12.30 | | 34,410.54 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 7.62 | | 34,418.16 |
| 05/06/08 | 1004 | UNITED STATES TREASURY | Ref # 2ND QTR    13-7498009 | 2810-000 | | 3,630.00 | 30,788.16 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 6.38 | | 30,794.54 |
| 06/03/08 | {15} | LAMONICA BEVERAGES, INC. | DIVIDEND | 1123-000 | 5,000.00 | | 35,794.54 |
| 06/23/08 | {15} | LAMONICA BEVERAGES, INC | SHAREHOLDER'S DIVIDEND | 1123-000 | 2,083.00 | | 37,877.54 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 7.22 | | 37,884.76 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 7.71 | | 37,892.47 |
| 08/11/08 | 1005 | UNITED STATES TREASURY | Ref # 3RD QTR    13-7498009 | 2810-000 | | 3,630.00 | 34,262.47 |
| 08/26/08 | {15} | LAMONICA BEVERAGES, INC. | DIVIDEND | 1123-000 | 3,500.00 | | 37,762.47 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 6.88 | | 37,769.35 |
| 09/23/08 | {15} | LAMONICA BEVERAGES, INC. | DIVIDEND | 1123-000 | 7,157.00 | | 44,926.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 8.22 | | 44,934.57 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 8.65 | | 44,943.22 |
| 11/10/08 | | LAMONICA BEVERAGES, INC. | SALE OF STOCK IN LAMONICA BEVERAGE<br>AND SALE OF SHARE OF FAMILY<br>PARTNERSHIP | | 200,000.00 | | 244,943.22 |
| | {15} | | 100,000.00 | 1123-000 | | | 244,943.22 |

| | | | |
|---|---|---|---|
| | | Subtotals : | $243,565.61    $22,360.00 |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-70612 | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|
| Case Name: | LAMONICA, MITCHELL J | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****25-65 - Money Market Account |
| Taxpayer ID #: | 13-7498009 | Blanket Bond: | $552,000.00 (per case limit) |
| Period Ending: | 10/28/09 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| | {16} | | 100,000.00 | 1129-000 | | | 244,943.22 |
| 11/26/08 | | To Account #********2566 | TRANSFER | 9999-000 | | 1,000.00 | 243,943.22 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 16.72 | | 243,959.94 |
| 12/09/08 | 1006 | UNITED STATES TREAUSRY | Ref # 4TH QTR   13-7498009  ESTIMATED TAXES | 2810-000 | | 3,630.00 | 240,329.94 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 21.48 | | 240,351.42 |
| 01/14/09 | | To Account #********2566 | Transfer to pay Special Counsel | 9999-000 | | 8,500.00 | 231,851.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.60 | | 231,863.02 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 10.64 | | 231,873.66 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 12.16 | | 231,885.82 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.40 | | 231,897.22 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.02 | | 231,908.24 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 12.17 | | 231,920.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.79 | | 231,932.20 |
| 08/14/09 | 1007 | Illinois Department of Revenue | Ref # 13-7498009 Final Fid Income & Replnt Tax for Bktcy Estate M Lamonica | 2820-000 | | 898.00 | 231,034.20 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.77 | | 231,045.97 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.97 | | 231,056.94 |
| 10/09/09 | {23} | U. S. Treasury | 1041 REF | 1224-000 | 14,520.00 | | 245,576.94 |

| | | | | ACCOUNT TOTALS | 295,963.35 | 50,386.41 | $245,576.94 |
|---|---|---|---|---|---|---|---|
| | | | | Less: Bank Transfers | 0.00 | 27,600.00 | |
| | | | | Subtotal | 295,963.35 | 22,786.41 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $295,963.35 | $22,786.41 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 05-70612 | |
| Case Name: | LAMONICA, MITCHELL J | |
| | | |
| Taxpayer ID #: | 13-7498009 | |
| Period Ending: | 10/28/09 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****25-66 - Checking Account |
| Blanket Bond: | $552,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/07 | | From Account #********2565 | TRANSFER FOR ESTIMATED TAX PAYMENT | 9999-000 | 3,000.00 | | 3,000.00 |
| 03/15/07 | 101 | UNITED STATES TREASURY | FEIN 13-7498009    "2006 FORM 1041-ES" | 2810-000 | | 2,330.00 | 670.00 |
| 05/31/07 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-70612, BOND # 016018067    CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI Voided on 05/31/07 | 2300-003 | | 20.52 | 649.48 |
| 05/31/07 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-70612, BOND # 016018067    CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI Voided: check issued on 05/31/07 | 2300-003 | | -20.52 | 670.00 |
| 05/31/07 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2007 FOR CASE #05-70612, BOND NO. 016018067 | 2300-000 | | 20.89 | 649.11 |
| 06/08/07 | {15} | LaMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 5,000.00 | | 5,649.11 |
| 06/19/07 | 104 | UNITED STATES TREASURY | 2ND PYMT ESTIMATED TAXES   FEIN 13-7498009 | 2810-000 | | 2,330.00 | 3,319.11 |
| 06/19/07 | 105 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | PYMT OF ACCOUNTING FEES PER COURT ORDER DATED 6/18/07 | 3410-000 | | 1,513.50 | 1,805.61 |
| 09/13/07 | | From Account #********2565 | Transfer for Pymt of Estimated Taxes | 9999-000 | 2,000.00 | | 3,805.61 |
| 09/13/07 | 106 | UNITED STATES TREASURY | Ref # 3RD PYMT OF EST TAXES   FEIN 13-7498009 | 2810-000 | | 2,330.00 | 1,475.61 |
| 01/14/08 | | From Account #********2565 | TO PAY 4TH QTR ESTIMATED TAXES | 9999-000 | 2,100.00 | | 3,575.61 |
| 01/14/08 | 107 | INTERNAL REVENUE SERVICE | Ref # 13-7498009   ESTIMATED 4TH QTR PAYMENT | 2810-000 | | 2,330.00 | 1,245.61 |
| 03/17/08 | | From Account #********2565 | TRANSFER TO PAY INCOME TAXES | 9999-000 | 11,000.00 | | 12,245.61 |
| 03/17/08 | 108 | UNITED STATE TREASURY | Year ending  12/01/06-11/30/07   FEIN 13-7498009 | 2810-000 | | 5,247.00 | 6,998.61 |
| 03/17/08 | 109 | ILLINOIS DEPARTMENT OF REVENUE | Year Ending 12/01/06-11/30/07   FEIN 13-7498009 | 2820-000 | | 2,322.00 | 4,676.61 |
| 03/17/08 | 110 | UNITED STATES TREAUSRY | 1 QTR  EST. TAX PAYMENT    FEIN 13-7498009 | 2810-000 | | 3,630.00 | 1,046.61 |
| 06/02/08 | 111 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # 02/04/08-03/31/08 | 3410-000 | | 831.90 | 214.71 |
| 06/02/08 | 112 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 33.59 | 181.12 |

| | | | | Subtotals : | $23,100.00 | $22,918.88 | |

{} Asset reference(s)

Exhibit B

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05-70612 | | Trustee: | BERNARD J. NATALE (330370) |
| Case Name: | LAMONICA, MITCHELL J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****25-66 - Checking Account |
| Taxpayer ID #: | 13-7498009 | | Blanket Bond: | $552,000.00  (per case limit) |
| Period Ending: | 10/28/09 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 06/01/2008 FOR CASE #05-70612, BOND #016018067 | | | | | |
| 11/26/08 | | From Account #*******2565 | TRANSFER | | 9999-000 | 1,000.00 | | 1,181.12 |
| 12/01/08 | 113 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # 319312 LAMONICA | | 3410-000 | | 680.20 | 500.92 |
| 01/14/09 | | From Account #*******2565 | Transfer to pay Special Counsel | | 9999-000 | 8,500.00 | | 9,000.92 |
| 01/14/09 | 114 | CRAIG WILLETTE | Ref # 8/05-11/08   Court Awarded Fees | | 3210-600 | | 8,430.00 | 570.92 |
| | | | | 8,265.00 | 3210-600 | | | 570.92 |
| | | | Ref # 10/05-12/05 | 165.00 | 3220-610 | | | 570.92 |
| 08/13/09 | 115 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #05-70612, BOND #016018067 06/01/09-06/01/10 | | 2300-000 | | 175.07 | 395.85 |
| 10/19/09 | 116 | ILLINOIS DEPARTMENT OF REVENUE | Ref # 19502-06208 | | 2820-000 | | 95.83 | 300.02 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 32,600.00 | 32,299.98 | $300.02 |
| Less: Bank Transfers | 27,600.00 | 0.00 | |
| **Subtotal** | 5,000.00 | 32,299.98 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$5,000.00** | **$32,299.98** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****25-65 | 295,963.35 | 22,786.41 | 245,576.94 |
| Checking # ***-*****25-66 | 5,000.00 | 32,299.98 | 300.02 |
| | $300,963.35 | $55,086.39 | $245,876.96 |

Printed: 10/28/09 11:10 AM                                                                                      Page: 1

# Claims Proposed Distribution

## Case:  05-70612    LAMONICA, MITCHELL J

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:**   $245,876.96     **Total Proposed Payment:** $245,876.96     **Remaining Balance:**    $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | BERNARD J. NATALE, LTD. <br> <3120-00  Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 51.07 | 51.07 | 0.00 | 51.07 | 51.07 | 245,825.89 |
| | BERNARD J. NATALE, LTD. <br> <3110-00  Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 8,737.00 | 8,737.00 | 0.00 | 8,737.00 | 8,737.00 | 237,088.89 |
| | BERNARD J. NATALE <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 18,298.17 | 18,298.17 | 0.00 | 18,298.17 | 18,298.17 | 218,790.72 |
| | LINDGREN CALLIHAN VAN OSDOL & CO LTD <br> <3410-00  Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 2,270.50 | 2,270.50 | 0.00 | 2,270.50 | 2,270.50 | 216,520.22 |
| 1 | TOSHIBA AMERICA INFO SYSTEMS, INC. | Unsecured | 70,604.00 | 70,604.00 | 0.00 | 70,604.00 | 37,446.67 | 179,073.55 |
| 2 | S&P Properties | Unsecured | 127,587.73 | 127,587.73 | 0.00 | 127,587.73 | 67,669.47 | 111,404.08 |
| 3 | National City Bank of the Midwest | Unsecured | 193,888.73 | 193,888.73 | 0.00 | 193,888.73 | 102,833.94 | 8,570.14 |
| 5 | Rockford Capital Leasing | Unsecured | 16,158.61 * | 16,158.61 | 0.00 | 16,158.61 | 8,570.14 | 0.00 |
| | **Total for Case 05-70612 :** | | **$437,595.81** | **$437,595.81** | **$0.00** | **$437,595.81** | **$245,876.96** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $29,356.74 | $29,356.74 | $0.00 | $29,356.74 | 100.000000% |
| **Total Unsecured Claims :** | $408,239.07 | $408,239.07 | $0.00 | $216,520.22 | 53.037604% |

(*) Denotes objection to Amount Filed

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-70612
Case Name: LAMONICA, MITCHELL J
Trustee Name: BERNARD J. NATALE

Claims of secured creditors will be paid as follows:

*Claimant*                                                    *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $ 18,298.17 | $ |
| *Attorney for trustee* | BERNARD J. NATALE, LTD. | $ 8,737.00 | $ 51.07 |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | LINDGREN CALLIHAN VAN OSDOL & CO LTD | $ 2,270.50 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 408,239.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | TOSHIBA AMERICA INFO SYSTEMS, INC. | $ 70,604.00 | $ 37,446.67 |
| 2 | S&P Properties | $ 127,587.73 | $ 67,669.47 |
| 3 | National City Bank of the Midwest | $ 193,888.73 | $ 102,833.94 |
| 5 | Rockford Capital Leasing | $ 16,158.61 | $ 8,570.14 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 5,566.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | eCAST Settlement Corp assignee of | $ 5,566.64 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**