UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: LAMONICA, MITCHELL J               § Case No. 05-70612
                                          §
                                          §
Debtor(s)                                 §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 12/09/2009 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/28/2009          By:  /s/BERNARD J. NATALE
                                           Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LAMONICA, MITCHELL J | § | Case No. 05-70612 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 300,963.35 |
| *and approved disbursements of* | $ 55,086.39 |
| *leaving a balance on hand of* [1] | $ 245,876.96 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ 18,298.17 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ 8,737.00 | $ 51.07 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | LINDGREN CALLIHAN VAN OSDOL & CO LTD | $ 2,270.50 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor | $ | $ |
| Attorney for | $ | $ |
| Accountant for | $ | $ |
| Appraiser for | $ | $ |
| Other | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number   Claimant                                         Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 408,239.07 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 53.0 percent.

Timely allowed general (unsecured) claims are as follows:

*Claim Number   Claimant                                         Allowed Amt. of Claim    Proposed Payment*

**UST Form 101-7-NFR (9/1/2009)**

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | TOSHIBA AMERICA INFO SYSTEMS, INC. | $ 70,604.00 | $ 37,446.67 |
| 2 | S&P Properties | $ 127,587.73 | $ 67,669.47 |
| 3 | National City Bank of the Midwest | $ 193,888.73 | $ 102,833.94 |
| 5 | Rockford Capital Leasing | $ 16,158.61 | $ 8,570.14 |

Tardily filed claims of general (unsecured) creditors totaling $ 5,566.64 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4 | eCAST Settlement Corp assignee of | $ 5,566.64 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

                                              Prepared By:  /s/BERNARD J. NATALE
                                                                                      Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 1                  Date Rcvd: Nov 17, 2009
Case: 05-70612                Form ID: pdf006             Total Noticed: 17

The following entities were noticed by first class mail on Nov 19, 2009.
db           +Mitchell J LaMonica,   1900 Valley View Drive,   Belvidere, IL 61008-8048
aty          +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty          +Jason H Rock,   Barrick Switzer Law Office,   6833 Stalter Drive,   First Floor,
               Rockford, IL 61108-2579
tr           +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
8949159      +ATTY DAN DONAHUE, TRUSTEE,   TELECOM TECHNOLOGIES, INC.,   6735 VISTAGREEN WAY,
               Rockford, IL 61107-5653
8949160      +BENEFICIAL ILLINOIS, INC.,   C/O ATTORNEY JEROME E. RELEY,   P.O. BOX 3228,
               Naperville, IL 60566-3228
8949161     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: IRS,   Kansas City, MO 64999)
12211871      Illinois Department of Revenue Bankruptcy Section,   P.O. Box 64338,   Chicago, IL 60664-0338
8949163      +NATIONAL CITY BANK,   C/O ATTORNEY MARY GORMAN,   6833 STALTER DRIVE STE. 201,
               Rockford, IL 61108-2582
8949162      +NATIONAL CITY BANK,   4615 E. STATE STREET,   Rockford, IL 61108-2100
10494183     +National City Bank of the Midwest,   c/o Joseph M. Ammar,   245 North Rose Street,
               Kalamazoo, MI 49007-3823
8949164      +RESCOMM HOLDINGS NO. 2, LLC,   C/O ATTORNEY KIM CASEY,   800 N. CHURCH STREET,
               Rockford, IL 61103-6919
11368980      Rockford Capital Leasing,   c/o Attorney Theodore Liebovich,   415 South Mulford Road,
               P.O. Box 6066,   Rockford, IL 61125-1066
10496822    +++S&P Properties,   Attn: Tom Scott,   226 S Meramec Suite 100,   St Louis MO 63105-3543
8949165      +TOSHIBA AMERICA INFO SYSTEMS, INC.,   C/O ATTORNEY GEORGE HAMPILOS,   308 W. STATE ST., STE. M4,
               Rockford, IL 61101-1139
8949166      +U.S. BANK,   1107 E. STATE STREET,   Rockford, IL 61104-2259
10815130      eCAST Settlement Corp assignee of,   Household Finance Corp/Beneficial,   POB 35480,
               Newark, NJ 07193-5480

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
               Rockford, IL 61108-2582
                                                                                                TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 19, 2009**                     **Signature:** *Joseph Speetjens*