**AMENDED FINAL DISTRIBUTION**
**FINAL DISTRIBUTION**

**Case Number:** 05-70612  Page: 1  **Date:** December 9, 2009
**Debtor Name:** LAMONICA, MITCHELL J  **Time:** 02:43:03 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|
| | Funds on Hand | | | | | | $245,899.74 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 51.07 | 0.00 | 51.07 | 51.07 | 245,848.67 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 8,737.00 | 0.00 | 8,737.00 | 8,737.00 | 237,111.67 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 18,298.17 | 0.00 | 18,298.17 | 18,298.17 | 218,813.50 |
| ACCT4 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Admin Ch. 7 | 2,270.50 | 0.00 | 2,270.50 | 2,270.50 | 216,543.00 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 29,356.74 | 0.00 | 29,356.74 | 29,356.74 | |
| 1 | TOSHIBA AMERICA INFO SYSTEMS, INC. | Unsecured | 70,604.00 | 0.00 | 70,604.00 | 37,450.61 | 179,092.39 |
| 2 | S&P Properties | Unsecured | 127,587.73 | 0.00 | 127,587.73 | 67,676.59 | 111,415.80 |
| 3 | National City Bank of the Midwest | Unsecured | 193,888.73 | 0.00 | 193,888.73 | 102,844.76 | 8,571.04 |
| 5 | Rockford Capital Leasing | Unsecured | 16,158.61 | 0.00 | 16,158.61 | 8,571.04 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 408,239.07 | 0.00 | 408,239.07 | 216,543.00 | |
| **<< Totals >>** | | | 437,595.81 | 0.00 | 437,595.81 | 245,899.74 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**     100.000000%
**Unsecured**     53.043184%