**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re: LAMONICA, MITCHELL J     § Case No. 05-70612
                                §
                                §
                                §
Debtor(s)                       §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $366,506.00 | Assets Exempt: $11,250.00 |
| Total Distribution to Claimants: $216,543.00 | Claims Discharged Without Payment: $197,262.71 |
| Total Expenses of Administration: $84,443.13 | |

    3) Total gross receipts of $ 300,986.13 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $300,986.13 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $409,000.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 84,443.13 | 84,443.13 | 84,443.13 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 17,468.05 | 297.65 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 229,122.00 | 413,805.71 | 413,805.71 | 216,543.00 |
| **TOTAL DISBURSEMENTS** | $655,590.05 | $498,546.49 | $498,248.84 | $300,986.13 |

4) This case was originally filed under Chapter 7 on February 17, 2005.
. The case was pending for 60 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/15/2010          By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| ANHEISER BUSCH MUG COLLECTION | 1129-000 | 1,000.00 |
| COIN COLLECTION | 1129-000 | 100.00 |
| MERRILL LYNCH CMA ACCOUNT | 1129-000 | 894.00 |
| 5% OWNSHIP INTEREST IN LAMONICA BEVERAGES/BSHARE | 1123-000 | 183,682.00 |
| 245 LTDPRTNSHIP UNITS IN LAMONICA FAMILY LTD PRT | 1129-000 | 100,000.00 |
| Unscheduled Tax Refund | 1224-000 | 14,520.00 |
| Interest Income | 1270-000 | 790.13 |
| **TOTAL GROSS RECEIPTS** | | **$300,986.13** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NATIONAL CITY BANK | 4110-000 | 257,000.00 | N/A | N/A | 0.00 |
| RESCOMM HOLDINGS NO 2 LLC | 4110-000 | 152,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $409,000.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CRAIG WILLETTE | 3210-600 | N/A | 8,265.00 | 8,265.00 | 8,265.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 51.07 | 51.07 | 51.07 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 8,737.00 | 8,737.00 | 8,737.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 18,298.17 | 18,298.17 | 18,298.17 |
| UNITED STATES TREASURY | 2810-000 | N/A | 2,330.00 | 2,330.00 | 2,330.00 |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 1,696.00 | 1,696.00 | 1,696.00 |
| CRAIG WILLETTE | 3220-610 | N/A | 165.00 | 165.00 | 165.00 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 1,513.50 | 1,513.50 | 1,513.50 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 831.90 | 831.90 | 831.90 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 680.20 | 680.20 | 680.20 |
| LINDGREN CALLIHAN VAN OSDOL & CO LTD | 3410-000 | N/A | 2,270.50 | 2,270.50 | 2,270.50 |
| UNITED STATE TREASURY | 2810-000 | N/A | 5,247.00 | 5,247.00 | 5,247.00 |
| UNITED STATES TREASURY | 2810-000 | N/A | 9,296.00 | 9,296.00 | 9,296.00 |
| UNITED STATES TREASURY | 2810-000 | N/A | 2,330.00 | 2,330.00 | 2,330.00 |
| INTERNAL REVENUE SERVICE | 2810-000 | N/A | 2,330.00 | 2,330.00 | 2,330.00 |
| UNITED STATES TREAUSRY | 2810-000 | N/A | 3,630.00 | 3,630.00 | 3,630.00 |
| UNITED STATES TREAUSRY | 2810-000 | N/A | 3,630.00 | 3,630.00 | 3,630.00 |
| UNITED STATES TREAUSRY | 2810-000 | N/A | 3,630.00 | 3,630.00 | 3,630.00 |

**UST Form 101-7-TDR (9/1/2009)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| UNITED STATES TREAUSRY | 2810-000 | N/A | 3,630.00 | 3,630.00 | 3,630.00 | |
| Illinois Department of Revenue | 2820-000 | N/A | 898.00 | 898.00 | 898.00 | |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 95.83 | 95.83 | 95.83 | |
| UNITED STATES TREASURY | 2810-000 | N/A | 2,330.00 | 2,330.00 | 2,330.00 | |
| ILLINOIS DEPARTMENT OF REVENUE | 2820-000 | N/A | 2,322.00 | 2,322.00 | 2,322.00 | |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.41 | 6.41 | 6.41 | |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 20.89 | 20.89 | 20.89 | |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 33.59 | 33.59 | 33.59 | |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 175.07 | 175.07 | 175.07 | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 84,443.13 | 84,443.13 | 84,443.13 | |

### EXHIBIT 5 − PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 − PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue, Bankruptcy Unit | 5800-000 | N/A | 297.65 | 0.00 | 0.00 |
| IRS | 5800-000 | 17,468.05 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 17,468.05 | 297.65 | 0.00 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOSHIBA AMERICA INFO SYSTEMS, INC. | 7100-000 | N/A | 70,604.00 | 70,604.00 | 37,450.61 |
| Tom Scott | 7100-000 | N/A | 127,587.73 | 127,587.73 | 67,676.59 |
| National City Bank of the Midwest | 7100-000 | N/A | 193,888.73 | 193,888.73 | 102,844.76 |
| eCAST Settlement Corp assignee of | 7200-000 | N/A | 5,566.64 | 5,566.64 | 0.00 |
| Rockford Capital Leasing | 7100-000 | N/A | 16,158.61 | 16,158.61 | 8,571.04 |
| Atty Dan Donahue, Trustee | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| BENEFICIAL ILLINOIS INC | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| IRS | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| RESCOMM HOLDINGS NO 2, LLC | 7100-000 | 148,516.00 | N/A | N/A | 0.00 |
| TOSHIBA AMERICA INFO SYSTEMS INC | 7100-000 | 70,604.00 | N/A | N/A | 0.00 |
| U S BANK | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| S&P Properties | 7100-000 | N/A | -67,676.59 | -67,676.59 | -67,676.59 |
| Bank Error on Check That had stop payment | 7100-000 | N/A | 67,676.59 | 67,676.59 | 67,676.59 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 229,122.00 | 413,805.71 | 413,805.71 | 216,543.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-70612  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** LAMONICA, MITCHELL J  **Filed (f) or Converted (c):** 02/17/05 (f)
  **§341(a) Meeting Date:** 04/04/05
**Period Ending:** 03/15/10  **Claims Bar Date:** 12/13/05

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | SEE ASSET 15 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | 1900 VALLEY VIEW DRIVE BELVIDERE TENNANCY BY THE ENTIRETY. | 255,000.00 | 71,500.00 | DA | 0.00 | FA |
| 3 | 834 N CHURCH ST - COMMERCIAL PROPERTY | 105,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | CASH ON HAND | 5.00 | 5.00 | DA | 0.00 | FA |
| 5 | FIRST FEDERAL CHECKING ACCT | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | 1/2 INTEREST IN STILLMAN BANK JT ACCT W/SPOUSE | 100.00 | 100.00 | DA | 0.00 | FA |
| 7 | 1/2 INTEREST IN HOUSEHOLD FURNISHINGS | 2,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2 ORIGINAL PAINTINGS | 300.00 | 300.00 | DA | 0.00 | FA |
| 9 | ANHEISER BUSCH MUG COLLECTION | 2,500.00 | 2,500.00 | | 1,000.00 | FA |
| 10 | COIN COLLECTION | 400.00 | 400.00 | | 100.00 | FA |
| 11 | STANDARD WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 12 | GOLF CLUBS | 100.00 | 100.00 | DA | 0.00 | FA |
| 13 | MERRILL LYNCH CMA ACCOUNT | 1,188.00 | 1,188.00 | | 894.00 | FA |
| 14 | 100% OWNERSHIP INTEREST IN TELECOM TECHNOLOGIES | 1.00 | 1.00 | DA | 0.00 | FA |
| 15 | 5% OWNSHIP INTEREST IN LAMONICA BEVERAGES/BSHARE | 1.00 | 1.00 | | 183,682.00 | FA |
| 16 | 245 LTDPRTNSHIP UNITS IN LAMONICA FAMILY LTD PRT | 1.00 | 1.00 | | 100,000.00 | FA |
| 17 | 1991 BUICK REGAL | 500.00 | 0.00 | DA | 0.00 | FA |
| 18 | 1991 FORD F350 | 800.00 | 0.00 | DA | 0.00 | FA |
| 19 | DOOLITTLE 10' TRAILER | 500.00 | 150.00 | DA | 0.00 | FA |
| 20 | HAND TOOLS, DRILLS, HEADSETS | 1,000.00 | 250.00 | DA | 0.00 | FA |
| 21 | 2 PERSONAL COMPUTERS | 500.00 | 500.00 | DA | 0.00 | FA |
| 22 | 2007 STATE REFUND-ENTERED IN ERROR (u) | 0.00 | 0.00 | DA | 0.00 | FA |
| 23 | Unscheduled Tax Refund (u) | 0.00 | 14,520.00 | | 14,520.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 790.13 | FA |

Printed: 03/15/2010 12:52 PM    V.11.54

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-70612  
**Case Name:** LAMONICA, MITCHELL J  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 02/17/05 (f)  
**§341(a) Meeting Date:** 04/04/05  

**Period Ending:** 03/15/10  

**Claims Bar Date:** 12/13/05  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 24  Assets  Totals (Excluding unknown values) | $370,596.00 | $91,516.00 | | $300,986.13 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2007           **Current Projected Date Of Final Report (TFR):**    October 28, 2009  (Actual)

Printed: 03/15/2010 12:52 PM     V.11.54

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05-70612  
**Case Name:** LAMONICA, MITCHELL J  

**Taxpayer ID #:** 13-7498009  
**Period Ending:** 03/15/10  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-65 - Money Market Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 2,009.00 | | 2,009.00 |
| 03/01/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 5,000.00 | | 7,009.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 4.63 | | 7,013.63 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 5.94 | | 7,019.57 |
| 05/03/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 924.00 | | 7,943.57 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 6.85 | | 7,950.42 |
| 06/06/06 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2006 FOR CASE #05-70612, BOND #016018067 | 2300-000 | | 6.41 | 7,944.01 |
| 06/13/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 5,000.00 | | 12,944.01 |
| 06/20/06 | {15} | LAMONICA BEVERAGES, INC. | PROFIT SHARING | 1123-000 | 2,889.00 | | 15,833.01 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 9.72 | | 15,842.73 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 13.86 | | 15,856.59 |
| 08/15/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 3,750.00 | | 19,606.59 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 15.46 | | 19,622.05 |
| 09/26/06 | {15} | LAMONICA BEVERAGES INC | SHAREHOLDER'S DIVIDENDS | 1123-000 | 5,231.00 | | 24,853.05 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 16.35 | | 24,869.40 |
| 10/30/06 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 3,500.00 | | 28,369.40 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 22.45 | | 28,391.85 |
| 11/14/06 | | CABLING SOLUTIONS | ESTATE'S INTEREST IN NON-EXEMPT PROPERTY | | 1,994.00 | | 30,385.85 |
| | {10} | | 100.00 | 1129-000 | | | 30,385.85 |
| | {13} | | 894.00 | 1129-000 | | | 30,385.85 |
| | {9} | | 1,000.00 | 1129-000 | | | 30,385.85 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 24.54 | | 30,410.39 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 24.87 | | 30,435.26 |
| 01/08/07 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 5,000.00 | | 35,435.26 |
| 01/22/07 | {15} | LAMONICA BEVERAGES, INC. | | 1123-000 | 2,191.00 | | 37,626.26 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 30.94 | | 37,657.20 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 27.43 | | 37,684.63 |
| 03/15/07 | | To Account #********2566 | TRANSFER FOR ESTIMATED TAX PAYMENT | 9999-000 | | 3,000.00 | 34,684.63 |
| 03/15/07 | 1002 | UNITED STATES TREASURY | FEIN 13-7498009   "2005 FORM 1041" | 2810-000 | | 9,296.00 | 25,388.63 |
| 03/15/07 | 1003 | ILLINOIS DEPARTMENT OF REVENUE | FEIN  13-7498009 | 2820-000 | | 1,696.00 | 23,692.63 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 25.85 | | 23,718.48 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 19.13 | | 23,737.61 |

Subtotals :   $37,736.02   $13,998.41

{} Asset reference(s)                                          Printed: 03/15/2010 12:52 PM    V.11.54

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-70612 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | LAMONICA, MITCHELL J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****25-65 - Money Market Account |
| Taxpayer ID #: | 13-7498009 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 03/15/10 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 19.14 | | 23,756.75 |
| 06/21/07 | {15} | LaMONICA BEVERAGES | SHAREHOLDER DISTRIBUTION | 1123-000 | 3,808.00 | | 27,564.75 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 18.71 | | 27,583.46 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 22.96 | | 27,606.42 |
| 08/09/07 | {15} | LAMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 2,500.00 | | 30,106.42 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 23.50 | | 30,129.92 |
| 09/13/07 | | To Account #********2566 | Transfer for Pymt of Estimated Taxes | 9999-000 | | 2,000.00 | 28,129.92 |
| 09/20/07 | {15} | LaMONICA BEVERAGES, INC. | SHAREHOLDER DIVIDEND | 1123-000 | 6,021.00 | | 34,150.92 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 22.37 | | 34,173.29 |
| 10/04/07 | {15} | LAMONICA BEVERAGES | DIVIDEND | 1123-000 | 3,750.00 | | 37,923.29 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.9500% | 1270-000 | 31.97 | | 37,955.26 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 104.47 | | 38,059.73 |
| 12/27/07 | {15} | LAMONICA BEVERAGES, INC. | DIVIDEND DISTRIBUTION | 1123-000 | 6,000.00 | | 44,059.73 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8200% | 1270-000 | 27.03 | | 44,086.76 |
| 01/14/08 | | To Account #********2566 | TO PAY 4TH QTR ESTIMATED TAXES | 9999-000 | | 2,100.00 | 41,986.76 |
| 01/23/08 | {15} | LaMONICA BEVERAGES, INC. | DIVIDENDS | 1123-000 | 3,369.00 | | 45,355.76 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 27.35 | | 45,383.11 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4200% | 1270-000 | 15.13 | | 45,398.24 |
| 03/17/08 | | To Account #********2566 | TRANSFER TO PAY INCOME TAXES | 9999-000 | | 11,000.00 | 34,398.24 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 12.30 | | 34,410.54 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2700% | 1270-000 | 7.62 | | 34,418.16 |
| 05/06/08 | 1004 | UNITED STATES TREAUSRY | Ref # 2ND QTR   13-7498009 | 2810-000 | | 3,630.00 | 30,788.16 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 6.38 | | 30,794.54 |
| 06/03/08 | {15} | LAMONICA BEVERAGES, INC. | DIVIDEND | 1123-000 | 5,000.00 | | 35,794.54 |
| 06/23/08 | {15} | LAMONICA BEVERAGES, INC | SHAREHOLDER'S DIVIDEND | 1123-000 | 2,083.00 | | 37,877.54 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 7.22 | | 37,884.76 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 7.71 | | 37,892.47 |
| 08/11/08 | 1005 | UNITED STATES TREAUSRY | Ref # 3RD QTR   13-7498009 | 2810-000 | | 3,630.00 | 34,262.47 |
| 08/26/08 | {15} | LAMONICA BEVERAGES, INC. | DIVIDEND | 1123-000 | 3,500.00 | | 37,762.47 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 6.88 | | 37,769.35 |
| 09/23/08 | {15} | LAMONICA BEVERAGES, INC. | DIVIDEND | 1123-000 | 7,157.00 | | 44,926.35 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2400% | 1270-000 | 8.22 | | 44,934.57 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 8.65 | | 44,943.22 |
| 11/10/08 | | LAMONICA BEVERAGES, INC. | SALE OF STOCK IN LAMONICA BEVERAGE AND SALE OF SHARE OF FAMILY PATNERSHIP | | 200,000.00 | | 244,943.22 |
| | {15} | | | 100,000.00 | 1123-000 | | 244,943.22 |

Subtotals :   $243,565.61   $22,360.00

{} Asset reference(s)

Printed: 03/15/2010 12:52 PM   V.11.54

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 05-70612  
**Case Name:** LAMONICA, MITCHELL J

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-65 - Money Market Account

**Taxpayer ID #:** 13-7498009  
**Period Ending:** 03/15/10

**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | {16} | | 100,000.00 | 1129-000 | | | 244,943.22 |
| 11/26/08 | | To Account #********2566 | TRANSFER | 9999-000 | | 1,000.00 | 243,943.22 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1300% | 1270-000 | 16.72 | | 243,959.94 |
| 12/09/08 | 1006 | UNITED STATES TREAUSRY | Ref # 4TH QTR   13-7498009  ESTIMATED TAXES | 2810-000 | | 3,630.00 | 240,329.94 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 21.48 | | 240,351.42 |
| 01/14/09 | | To Account #********2566 | Transfer to pay Special Counsel | 9999-000 | | 8,500.00 | 231,851.42 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.60 | | 231,863.02 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 10.64 | | 231,873.66 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 12.16 | | 231,885.82 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.40 | | 231,897.22 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.02 | | 231,908.24 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 12.17 | | 231,920.41 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.79 | | 231,932.20 |
| 08/14/09 | 1007 | Illinois Department of Revenue | Ref # 13-7498009  Final Fid Income & Replnt Tax for Bktcy Estate M Lamonica | 2820-000 | | 898.00 | 231,034.20 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0600% | 1270-000 | 11.77 | | 231,045.97 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.97 | | 231,056.94 |
| 10/09/09 | {23} | U. S. Treasury | 1041 REF | 1224-000 | 14,520.00 | | 245,576.94 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 9.76 | | 245,586.70 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 10.35 | | 245,597.05 |
| 12/09/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 2.67 | | 245,599.72 |
| 12/09/09 | | To Account #********2566 | Transfer for Final Distributions | 9999-000 | | 245,599.72 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **295,986.13** | **295,986.13** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 273,199.72 | |
| | | | **Subtotal** | | **295,986.13** | **22,786.41** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$295,986.13** | **$22,786.41** | |

{} Asset reference(s)                                                                                            Printed: 03/15/2010 12:52 PM    V.11.54

Exhibit 9

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 05-70612  
**Case Name:** LAMONICA, MITCHELL J  

**Taxpayer ID #:** 13-7498009  
**Period Ending:** 03/15/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****25-66 - Checking Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/07 | | From Account #********2565 | TRANSFER FOR ESTIMATED TAX PAYMENT | 9999-000 | 3,000.00 | | 3,000.00 |
| 03/15/07 | 101 | UNITED STATES TREASURY | FEIN 13-7498009   "2006 FORM 1041-ES" | 2810-000 | | 2,330.00 | 670.00 |
| 05/31/07 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-70612, BOND # 016018067    CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI<br>Voided on 05/31/07 | 2300-003 | | 20.52 | 649.48 |
| 05/31/07 | 102 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-70612, BOND # 016018067    CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI<br>Voided: check issued on 05/31/07 | 2300-003 | | -20.52 | 670.00 |
| 05/31/07 | 103 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2007 FOR CASE #05-70612, BOND NO. 016018067 | 2300-000 | | 20.89 | 649.11 |
| 06/08/07 | {15} | LaMONICA BEVERAGES, INC. | SHAREHOLDER DISTRIBUTION | 1123-000 | 5,000.00 | | 5,649.11 |
| 06/19/07 | 104 | UNITED STATES TREASURY | 2ND PYMT ESTIMATED TAXES   FEIN 13-7498009 | 2810-000 | | 2,330.00 | 3,319.11 |
| 06/19/07 | 105 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | PYMT OF ACCOUNTING FEES PER COURT ORDER DATED 6/18/07 | 3410-000 | | 1,513.50 | 1,805.61 |
| 09/13/07 | | From Account #********2565 | Transfer for Pymt of Estimated Taxes | 9999-000 | 2,000.00 | | 3,805.61 |
| 09/13/07 | 106 | UNITED STATES TREASURY | Ref # 3RD PYMT OF EST TAXES   FEIN 13-7498009 | 2810-000 | | 2,330.00 | 1,475.61 |
| 01/14/08 | | From Account #********2565 | TO PAY 4TH QTR ESTIMATED TAXES | 9999-000 | 2,100.00 | | 3,575.61 |
| 01/14/08 | 107 | INTERNAL REVENUE SERVICE | Ref # 13-7498009   ESTIMATED 4TH QTR PAYMENT | 2810-000 | | 2,330.00 | 1,245.61 |
| 03/17/08 | | From Account #********2565 | TRANSFER TO PAY INCOME TAXES | 9999-000 | 11,000.00 | | 12,245.61 |
| 03/17/08 | 108 | UNITED STATE TREASURY | Year ending  12/01/06-11/30/07   FEIN 13-7498009 | 2810-000 | | 5,247.00 | 6,998.61 |
| 03/17/08 | 109 | ILLINOIS DEPARTMENT OF REVENUE | Year Ending 12/01/06-11/30/07   FEIN 13-7498009 | 2820-000 | | 2,322.00 | 4,676.61 |
| 03/17/08 | 110 | UNITED STATES TREAUSRY | 1 QTR  EST. TAX PAYMENT    FEIN 13-7498009 | 2810-000 | | 3,630.00 | 1,046.61 |
| 06/02/08 | 111 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # 02/04/08-03/31/08 | 3410-000 | | 831.90 | 214.71 |
| 06/02/08 | 112 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 33.59 | 181.12 |

Subtotals :    $23,100.00    $22,918.88

{} Asset reference(s)

Printed: 03/15/2010 12:52 PM    V.11.54

## FORM 2

Page: 5

## Cash Receipts And Disbursements Record

**Case Number:** 05-70612  
**Case Name:** LAMONICA, MITCHELL J  
**Taxpayer ID #:** 13-7498009  
**Period Ending:** 03/15/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*25-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 06/01/2008 FOR CASE #05-70612, BOND #016018067 | | | | |
| 11/26/08 | | From Account #********2565 | TRANSFER | 9999-000 | 1,000.00 | | 1,181.12 |
| 12/01/08 | 113 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Ref # 319312 LAMONICA | 3410-000 | | 680.20 | 500.92 |
| 01/14/09 | | From Account #********2565 | Transfer to pay Special Counsel | 9999-000 | 8,500.00 | | 9,000.92 |
| 01/14/09 | 114 | CRAIG WILLETTE | Ref # 8/05-11/08 Court Awarded Fees | | | 8,430.00 | 570.92 |
| | | | 8,265.00 | 3210-600 | | | 570.92 |
| | | | Ref # 10/05-12/05  165.00 | 3220-610 | | | 570.92 |
| 08/13/09 | 115 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/01/2009 FOR CASE #05-70612, BOND #016018067 06/01/09-06/01/10 | 2300-000 | | 175.07 | 395.85 |
| 10/19/09 | 116 | ILLINOIS DEPARTMENT OF REVENUE | Ref # 19502-06208 | 2820-000 | | 95.83 | 300.02 |
| 12/09/09 | | From Account #********2565 | Transfer for Final Distributions | 9999-000 | 245,599.72 | | 245,899.74 |
| 12/10/09 | 117 | BERNARD J. NATALE | Dividend paid 100.00% on $18,298.17, Trustee Compensation; Reference: | 2100-000 | | 18,298.17 | 227,601.57 |
| 12/10/09 | 118 | LINDGREN CALLIHAN VAN OSDOL & CO LTD | Dividend paid 100.00% on $2,270.50, Accountant for Trustee Fees (Other Firm); Reference: 332774 FINAL FEES | 3410-000 | | 2,270.50 | 225,331.07 |
| 12/10/09 | 119 | TOSHIBA AMERICA INFO SYSTEMS, INC. | Distribution paid 53.04% on $70,604.00; Claim# 1; Filed: $70,604.00; Reference: 00409500 | 7100-000 | | 37,450.61 | 187,880.46 |
| 12/10/09 | 120 | S&P Properties | Distribution paid 53.04% on $127,587.73; Claim# 2; Filed: $127,587.73; Reference: Stopped on 12/21/09 | 7100-004 | | 67,676.59 | 120,203.87 |
| 12/10/09 | 121 | National City Bank of the Midwest | Distribution paid 53.04% on $193,888.73; Claim# 3; Filed: $193,888.73; Reference: Stopped on 01/22/10 | 7100-004 | | 102,844.76 | 17,359.11 |
| 12/10/09 | 122 | Rockford Capital Leasing | Distribution paid 53.04% on $16,158.61; Claim# 5; Filed: $16,158.61; Reference: | 7100-000 | | 8,571.04 | 8,788.07 |
| 12/10/09 | 123 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 8,788.07 | 0.00 |
| | | | Dividend paid 100.00%  8,737.00 on $8,737.00; Claim# ATTY; Filed: $8,737.00 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%  51.07 on $51.07; Claim# EXP; Filed: $51.07 | 3120-000 | | | 0.00 |

Subtotals :  $255,099.72  $255,280.84

{} Asset reference(s)  Printed: 03/15/2010 12:52 PM  V.11.54

Exhibit 9

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 05-70612 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | LAMONICA, MITCHELL J | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*25-66 - Checking Account |
| Taxpayer ID #: | 13-7498009 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 03/15/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/09 | 120 | S&P Properties | Distribution paid  53.04% on $127,587.73; Claim# 2; Filed: $127,587.73; Reference: Stopped: check issued on 12/10/09 | 7100-004 | | -67,676.59 | 67,676.59 |
| 12/21/09 | 124 | Tom Scott | Pro-Rata Pymt of Claim #2 | 7100-000 | | 67,676.59 | 0.00 |
| 01/21/10 | | S&P Properties | There was a stop payment on this check and bank cashed it anyway | 7100-000 | | -67,676.59 | 67,676.59 |
| 01/22/10 | 121 | National City Bank of the Midwest | Distribution paid  53.04% on $193,888.73; Claim# 3; Filed: $193,888.73; Reference: Stopped: check issued on 12/10/09 | 7100-004 | | -102,844.76 | 170,521.35 |
| 01/26/10 | 125 | National City Bank of the Midwest | 53.04% Distribution on Claim #3 in the sum of $193,888.73/REPLACES ORIGINAL CHECK 121 | 7100-000 | | 102,844.76 | 67,676.59 |
| 03/09/10 | | Bank Error on Check That had stop payment | | 7100-000 | | 67,676.59 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 278,199.72 | 278,199.72 | $0.00 |
| | | | Less: Bank Transfers | | 273,199.72 | 0.00 | |
| | | | **Subtotal** | | 5,000.00 | 278,199.72 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,000.00** | **$278,199.72** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # \*\*\*-\*\*\*\*\*25-65** | 295,986.13 | 22,786.41 | 0.00 |
| **Checking # \*\*\*-\*\*\*\*\*25-66** | 5,000.00 | 278,199.72 | 0.00 |
| | $300,986.13 | $300,986.13 | $0.00 |

{} Asset reference(s)                                                                                                                    Printed: 03/15/2010 12:52 PM    V.11.54